**Order entered May 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00568-CV

### IN THE MATTER OF M.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-71935-W**

## ORDER

Before the Court is appellant's May 15, 2013 motion regarding sealed records. Appellant's counsel, Dean Swanda, seeks to check out both the sealed clerk's record and sealed reporter's record. In the motion, appellant informs the Court that we did not allow Mr. Swanda's assistant to check out the sealed records. This Court allows sealed records to be checked out **only** by the attorney of record. We **GRANT** appellant's motion to allow the records to be checked out by Dean Swanda, appellant's attorney of record.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE